NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CCS TECHNOLOGY, INC.,**
*Appellant*

**v.**

**PANDUIT CORP.,**
*Appellee*

_____

2019-1286, 2019-1287

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01323, IPR2017-01375.

_____

**JUDGMENT**

_____

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellant. Also represented by HANNAH LAUREN BEDARD, JASON M. WILCOX; ERIC DAVID HAYES, Chicago, IL.

JOHN J. MOLENDA, Steptoe & Johnson, LLP, New York, NY, argued for appellee. Also represented by ROBERT GREENFELD; KELLY J. EBERSPECHER, DANIEL STEVEN STRINGFIELD, Chicago, IL; KATHERINE DOROTHY CAPPAERT, Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>December 11, 2019</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court